1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

KEITH THOMAS,

Civil No.    11cv1488 AJB (NLS)

12

Petitioner,

13

v.

**ORDER SUA SPONTE SUBSTITUTING RESPONDENT**

14

MATTHEW CATE, et al.,

15

Respondents.

16
17        On October 31, 2011, Petitioner, a state prisoner proceeding pro se, submitted a First

18 Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  At the time of

19 filing, Petitioner was apparently housed at Salinas Valley State Prison and thus named Anthony

20 Hedgpeth, Warden, as Respondent.  (ECF No. 7.)  Based on the notice of change of address

21 Petitioner submitted to the Court on February 17, 2012, it appears Petitioner is no longer housed

22 at Salinas Valley State Prison; rather, it appears he is presently incarcerated at Corcoran State

23 Prison in Corcoran, California.  (ECF No. 21.)

24        A writ of habeas corpus acts upon the custodian of the state prisoner.  *See* 28 U.S.C.

25 § 2242; Rule 2(a), 28 U.S.C. foll. § 2254.  Because Petitioner's place of custody has changed,

26 so has his custodian.  Accordingly, in order to conform with the requirements of Rule 2(a) of the

27 Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is

28 transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution

of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Anthony Hedgpeth." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).  The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" as respondent in place of  "Anthony Hedgpeth."

**IT IS SO ORDERED.**

DATED:  February 22, 2012

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court